**Dated: February 27, 2019**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Eastern Division

In Re:                                                                                             Chapter 13
BETTY J. MCNEAL

Debtor(s)                                                                                        Case No. 15-10759

### MOTION AND ORDER DISALLOWING BALANCE OF CLAIM

Comes now the Chapter 13 Trustee who would show the Court that he has attempted disbursement to:

BOLIVAR QUICK CASH
612 WEST MARKET STREET
BOLIVAR, TN 38008
(Court Claim No.: 3   )

as ordered by the Court in the order confirming plan to the last address on the file in the Trustee's records and that the disbursement was returned by the post office as non-deliverable.

PREMISES CONSIDERED, the Trustee prays for an order disallowing the balance of the claim without prejudice to the creditor to provide a corrected address in writing prior to the closing of the case.

It appearing to the court that the Trustee's motion is well taken;

THEREFORE, the balance of the claim is hereby disallowed without prejudice to the creditor to advise the Trustee's office of a correct mailing address in writing prior to the closing of the case and disbursements to the creditor shall resume without further orders of the Court.

A copy of this motion/order will be forwarded to the debtor(s), debtor's attorney of record and to all creditors, and all parties will be given 20 days from the date of entry in which to file a written objection to this motion/order and, in the absence of such application, this motion/order shall become final.

/s/ Timothy H. Ivy
Timothy H. Ivy
Chapter 13 Trustee

CC:  Chapter 13 Trustee
RW
BETTY J. MCNEAL
348 CROSS AVE
WHITEVILLE, TN  38075

LOUIS W RINGGER
ATTORNEY AT LAW
222 WEST BALTIMORE SUITE B
JACKSON, TN  38301

**#202**   All entities on matrix